**UNITED STATES of America, for the Use and Benefit of TAYKINSWELL, INC., a body corporate, Appellant,**

v.

**BENCON CONSTRUCTION CO., Inc., a corporation, and The Aetna Casualty and Surety Company, a body corporate, Appellees.**

**No. 10607.**

United States Court of Appeals Fourth Circuit.

Argued Nov. 1, 1966.

Decided Nov. 29, 1966.

Warren E. Magee, Washington, D. C. (Hans A. Nathan, Thomas G. Laughlin, Washington, D. C., and John W. Marcuse, Baltimore, Md., on brief), for appellant.

Alexander M. Heron, Washington, D. C. (William A. Fisher, Jr., Baltimore, Md., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BRYAN and WINTER, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the reasons appearing in the opinion of the District Court. United States for Use of Taykinswell, Inc. v. Bencon Construction Co., D.Md., 248 F.Supp. 502.

Affirmed.